UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00263-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LEMUEL CARR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Amend Order to Correct Clerical Error. The Court appreciates the government bringing this error to its attention and notes that defendant has consented to this motion. For the reasons set forth in the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Amend Order to Correct Clerical Error (#39) is **GRANTED** and the Consent Order and Judgment of Forfeiture is amended to state:

**One Hi-Point, Model C, 9 caliber pistol, serial number P025136, and ammunition, seized on or about August 23, 2018 during the course of the investigation.**

The Clerk of Court is instructed to make reference to this Order on the docket entries of documents 37 and 41 reflecting this correction.

Signed: September 16, 2019



Max O. Cogburn Jr
United States District Judge