UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-263-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| LEMUEL CARR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court following the dismissal of this action by the Fourth Circuit Court of Appeals following the notification of Defendant's death. (No. 23-4007, 4th Cir. May 23, 2023). The Fourth Circuit remanded to this Court with instructions to vacate the order of judgment and commitment and dismiss the petition for revocation of Defendant's supervised release. See United States v. Dudley, 739 F.2d 175, 176 (4th Cir. 1984).

The order of judgment and commitment in this case is **VACATED**, and the petition for revocation of Defendant's supervised release is **DISMISSED**.

Signed: June 27, 2023

Max O. Cogburn Jr.
United States District Judge